IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00221-BNB

WILLIAM HALSTEAD,

    Plaintiff,

v.

KIM L. KITCHEN,
ANN P. KAUFMAN,
FRANK H. BARRON,
PAT BEHAN, and
JOHN DOE, in the individual capacity [and] in their official capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, William Halstead, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Arkansas Valley Correctional Facility in Crowley, Colorado. Mr. Halstead has filed *pro se* a complaint for money damages pursuant to 42 U.S.C. §§ 1981, 1983, and 1985; 28 U.S.C. § 1343 (a)(3); the Americans with Disabilities Act; and the Rehabilitation Act of 1973. He paid the $350.00 filing fee.

On February 7, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Halstead to submit within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The February 7 order warned Mr. Halstead that if he failed to submit an amended complaint as directed within the time allowed, the complaint and the action would be dismissed without further

notice. Mr. Halstead has failed within the time allowed to comply with the February 7 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to comply with the February 7, 2008, order for an amended complaint and for failure to prosecute.

DATED at Denver, Colorado, this 20 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00221-BNB

William Halstead
Prisoner No. 90590
Arkansas Valley Correctional Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/21/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk